IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MATTHEW ROBERTS                                                                                           PLAINTIFF
ADC #153697

v.                                           2:21-cv-00078-KGB-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Matthew Roberts is a prisoner in the East Arkansas Regional Unit of the Arkansas Division of Correction ("ADC"). In July 2021, he and nineteen other inmates attempted to file a joint, *pro se* Complaint alleging Defendants violated their constitutional rights as protected by 42 U.S.C. § 1983. (Doc. 1.) Pursuant to Court policy, the Clerk severed the Complaint into twenty separate lawsuits with the above number being assigned to Mr. Roberts's ("Plaintiff's") case.

1

On August 26, 2021, I entered an Order giving Plaintiff thirty (30) days to either pay the $402 filing fee in full or file a Motion to Proceed *In Forma Pauperis*. (Doc. 2.) In response, Plaintiff filed a Motion seeking permission to voluntarily dismiss his lawsuit. (Doc. 3.) I find good cause for granting that Motion. *See* Fed. R. Civ. P. 41(a)(1).

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Motion for Voluntary Dismissal (Doc. 3) be GRANTED, the Complaint (Doc. 1) be DISMISSED without prejudice, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying judgment would be frivolous and not taken in good faith.

DATED this 7th day of September 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE