# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MATTHEW ROBERTS**     **PLAINTIFF**
**ADC #153697**

v.     **Case No. 2:21-cv-00078-KGB**

**DEXTER PAYNE,** *et al.*     **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). Judge Volpe recommends granting plaintiff Matthew Roberts' request for voluntary dismissal (Dkt. Nos. 3; 4). After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Mr. Roberts' complaint is dismissed without prejudice (Dkt. Nos. 1; 3).

It is so ordered this the 15th day of June, 2022

*Kristine G. Baker*
Kristine G. Baker
United States District Judge