**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**MATTHEW ROBERTS**                                                                **PLAINTIFF**
**ADC #153697**

**v.**                                          **Case No. 2:21-cv-00078-KGB**

**DEXTER PAYNE,** *et al.*                                                  **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on this date, it is considered ordered and adjudged that plaintiff Matthew Roberts' complaint is dismissed without prejudice (Dkt. No. 1).  The Court denies the requested relief.

It is so ordered this 15th day of June, 2022.

Kristine G. Baker
United States District Judge